**FRANKLIN SAVINGS CORPORATION and Franklin Savings Association, Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 03–5121.

United States Court of Appeals, Federal Circuit.

May 11, 2004.

Rehearing and Rehearing En Banc Denied July 20, 2004.

R. Pete Smith, Principal Attorney, Jonathan A. Margolies, of Counsel, McDowell,

Rice, Kansas City, MO, Jerry Stouck, Peter J. Skalaban, Jr., of Counsel, Spriggs & Hollingsworth, Washington, DC, for Plaintiffs–Appellants.

Luke P. Levasseur, Principal Attorney, Jeanne E. Davidson, David M. Cohen, Daniel D. McClain, of Counsel, Washington, DC, for Defendant–Appellee.

Before MAYER, Chief Judge, NEWMAN and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.